**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cheryl L. Dunaway                  CHAPTER 13

                Debtor(s)

                                           BKY. NO. 15-11721 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 /s/ Rebecca A. Solarz

                                                 Rebecca Solarz
                                                 11 Sep 2020, 16:44:59, EDT

                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322